**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Keldren Chedal JOSHUA,**
**Defendant–Appellant.**

**No. 06–50493.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 28, 2008.*

Filed Nov. 6, 2008.

Becky S. Walker, Esq., Vince Farhat, Esq., USLA – Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Myra Mossman, Santa Barbara, CA, for Defendant–Appellant.

Before: HAWKINS, RAWLINSON, and M. SMITH, Circuit Judges.

MEMORANDUM **

Keldren Chedal Joshua appeals from the 188–month sentence imposed following his guilty-plea conviction for conspiracy to possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 846. We dismiss the appeal.

Joshua contends that he retains the right to contest his sentence because the district court failed to completely inform

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

him of the limited waiver of appeal rights in the plea agreement, as required by Federal Rule of Criminal Procedure 11(b)(1)(N). This contention fails. The entire record is to be taken into account when considering the effect of any Rule 11 error. *See United States v. Ma*, 290 F.3d 1002, 1005 (9th Cir.2002) (concluding that there was no plain error where the defendant acknowledged in writing that she read and understood the plea agreement). Accordingly, we enforce the waiver and dismiss the appeal.

**DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.